UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
Windward Bora, LLC

        Plaintiff(s),

**<u>RECUSAL ORDER</u>**

-against-

CV 22-98 (DRH)

Thomas Sterling, et al

        Defendant(s).
---------------------------------------------------X

The undersigned hereby recuses herself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a randomly selected Magistrate Judge.

Dated: Central Islip, New York
       June 13, 2022

SO ORDERED

   /s/ Anne Y. Shields
   ANNE Y. SHIELDS
   United States Magistrate Judge